**FILED**

09/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0547

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                 O R D E R

BEAU HERMAN MILLER,

Defendant and Appellant.

_____

Counsel for Appellant Beau Herman Miller has filed a second motion for extension of time within which to file the reply brief in the captioned matter.

Pursuant to M. R. App. P. 13(1), "The appellant may serve and file a reply brief within 14 days after service of the brief of the appellee."  On August 27, 2021, the Court granted Appellant a 30-day extension, until October 4, 2021, to file the reply brief.  The Order stated no further extensions would be granted.

IT IS HEREBY ORDERED that the second motion for a 30-day extension is DENIED.  Appellant has until October 18, 2021, within which to file the reply brief.

The Court will not consider any further extensions.  If the reply brief is not filed by October 18, the matter will be sent up to the Court for consideration on the briefs filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2021